# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**KENNYADA MITCHELL**                                                        **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO. 5:17-cv-113-KS-MTP**

**LISA DAVIS**                                                           **DEFENDANT**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte* for case management purposes. Plaintiff originally filed this civil action in the Circuit Court of Copiah County, Mississippi. Thereafter, Defendant removed this action to the Western Division of this Court. *See* Notice of Removal [1]. Pursuant to 28 U.S.C. § 1446(a), "[a] defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal . . . ." Copiah County, however, is located within the Northern Division of this Court, not the Western Division.

IT IS, THEREFORE, ORDERED that on or before March 23, 2018, Defendant shall show cause why this action should not be transferred to the Northern Division of this Court.

SO ORDERED this the 13th day of March, 2018.

                                                     s/Michael T. Parker
                                                     UNITED STATES MAGISTRATE JUDGE