# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KENNYADA MITCHELL**                                          **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 3:18-cv-159-DPJ-FKB**

**LISA DAVIS, in her individual and
official capacity, HAZLEHURST
CITY SCHOOL DISTRICT, and
JOHN DOES 2-10**                                      **DEFENDANTS**

## ORDER

This case is before the Court on the motion of Harold J. Barkley, Jr., Bankruptcy Trustee for the Estate of Kennyada Mitchell, for the Substitution of Bankruptcy Trustee as Plaintiff/Real Party in Interest [47]. Pursuant to Fed. R. Civ. P. 17(a) and 25(c), the Court finds that the motion should be, and is hereby, granted.[1]

Accordingly, the Court orders that Harold J. Barkley, Jr., Bankruptcy Trustee for the Estate of Kennyada Mitchell, be substituted in place of Kennyada Mitchell as the plaintiff. All pleadings filed after the entry of this Order shall be styled, "Harold J. Barkley, Jr., Bankruptcy Trustee for the Estate of Kennyada Mitchell v. Lisa Davis, in her individual and official capacity, Hazlehurst City School District, and John Does 2-10."

SO ORDERED, this the 18th day of March, 2019.

                                                                   /s/ F. Keith Ball
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes Defendants' position that any judgment the Court may eventually award the Trustee should be limited to the amount allowed in unpaid claims of Mitchell's unsecured creditors in her Bankruptcy Estate. [49] at 1. The Court makes no finding as to that issue. Defendants are instructed to file a separate motion should they believe a ruling is necessary.